PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Jessica Lynn Clinton     Docket No.     2:13CR00008-WFN-012

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jessica Lynn Clinton who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 7th day of March 2013 under the following conditions:

**No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Trial Services Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant has tested positive for the presence of marijuana.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

---

RECEIVED
U.S. DISTRICT COURT
JUN 14 2013 at 1:15 pm
UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 14, 2013

by     s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

June 14, 2013 at 2:05 p.m.
Date